UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JONATHAN JIANG, ) <br> ) <br> Defendant. ) <br> _____ ) | CR No. CR 11-00857-LHK (PSG) <br><br> **[PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND RESCHEDULING STATUS CONFERENCE** |

The defendant came before the Court for a status conference on February 22, 2012. At that hearing, the matter was set for a status conference on April 25, 2012, at 10:00 a.m., before the Honorable Lucy H. Koh. By stipulation, filed separately, the parties have requested that the Court reschedule the status conference to May 30, 2012, to allow the parties to meet and discuss matters directly related to this case, specifically, to conduct a meeting on April 25, 2012, with an attorney with the Tax Division of the Department of Justice, for the purpose of presenting additional discovery to the defense necessary and prerequisite to defendant JIANG's evaluation of the allegations against him and to a determination as to whether further defense investigation will be required. The parties represent that the earliest time for this meeting is April 25, 2012. The parties therefore make a request to exclude time under the Speed Trial Act, Title 18, U.S.C., Sections 3161(h)(7)(A); (h)(7)(B)(I) and (h)(7)(B)(iv).

| | |
|---|---|
| 1 | For the reasons set forth below, the Court grants both requests. |
| 2 | The parties have stipulated, and this Court finds, that the time between April 25, 2012, |
| 3 | and May 30, 2012, is properly excluded under the Speedy Trial Act, Title 18, United States |
| 4 | Code, Sections 3161(h)(7)(A); (h)(7)(B)(I) and (h)(7)(B)(iv). The parties represent, and this |
| 5 | Court finds, that the this delay is necessary to allow the parties to meet and discuss matters |
| 6 | directly relating to this case. The parties agreed that the ends of justice served by granting the |
| 7 | requested continuance outweigh the best interest of the public and the defendant in a speedy trial. |
| 8 | For the foregoing reasons, the Court HEREBY ORDERS the period between April 25, |
| 9 | 2012 and May 30, 2012, is properly excluded under the Speedy Trial Act, Title 18, United States |
| 10 | Code, Sections 3161(h)(7)(A); (h)(7)(B)(I) and (h)(7)(B)(iv). |
| 11 | Based on the representation of counsel for the United States and the Defendant, the Court |
| 12 | finds that the ends of justice served by granting the requested continuance outweigh the best |
| 13 | interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal |
| 14 | cases. |
| 15 | IT IS SO ORDERED |
| 16 | DATED: 4/5/12 |
| 17 | LUCY H. KOH<br>United States District Judge |