**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0857 (LHK) (PSG) |
| Plaintiff, | **[PROPOSED] ORDER ENTERING SEVENTH STIPULATION TO MODIFY DEFENDANT JONATHAN JIANG'S CONDITIONS OF RELEASE** |
| v. | |
| JONATHAN JIANGUO JIANG, | |
| Defendant. | |

The parties having agreed and good cause having been shown for the proposed modification of Defendant Jonathan Jianguo Jiang's Conditions of Release, the Stipulation is hereby ENTERED.

The terms and conditions of Mr. Jiang's release shall be modified as follows:

1. Mr. Jiang will be permitted to travel to China for up to fifteen (15) days. The following conditions will apply:

   a. Mr. Jiang will provide U.S. Pretrial Services and the U.S. Attorney's Office for the Northern District of California at least 10 days' notice of his travel plans.

   b. Mr. Jiang has provided U.S. Pretrial Services and the U.S. Attorney's Office for the Northern District of California an itinerary of his upcoming travels, including all cities he intends to visit and the purpose for each visit, and all address(es) and phone

number(s) for any hotel(s) or residence(s) in which he plans to stay.

  c. Two business days before his departure, Mr. Jiang may obtain his passport from U.S. Pretrial Services. Upon receipt of Mr. Jiang's passport, Mr. Jiang's wife, Qing Wen, will surrender all of her passports to U.S. Pretrial Services for the duration of Mr. Jiang's travel.

  d. Mr. Jiang will surrender his passport to U.S. Pretrial Services one business day after his return from China. Upon surrender of Mr. Jiang's passport, U.S. Pretrial Services will return Qing Wen's passport.

2. Mr. Jiang has posted a deed of trust for the full value of his residence, located at 14625 Aloha Avenue, Saratoga, California 95070, as bond in conformance with the bond requirements of this District.

3. Mr. Jiang has posted an additional $250,000 as bond in conformance with the bond requirements of this District prior to any travel.

4. Mr. Jiang has posted the proceeds of the sale of 21995 Via Regina, Saratoga, California 95070, approximately $2.04 million, as bond in conformance with the bond requirements of this District prior to any travel.

5. AUSA Cindy Stier has reviewed and approved the bail documents for posting the additional $250,000 and the 21995 Via Regina, Saratoga, California 95070 property.

6. Pursuant to 18 U.S.C. Sect. 3142(c)(B)(xi), Mr. Jiang agrees to forfeit the two parcels of real property and the $250,000 posted as bail in this matter should he fail to appear as required.

7. All other conditions of Mr. Jiang's release shall remain unchanged and in force, and no additional conditions or requirements shall be imposed except by subsequent order of this Court.

IT IS SO ORDERED.

Dated: May 15, 2013



PAUL S. GREWAL
United States Magistrate Judge

**[PROPOSED] ORDER GRANTING SEVENTH STIPULATION TO MODIFY CONDITIONS OF RELEASE**
*United States v. Jonathan Jiang*, No. CR 11-0857 (LHK)(PSG)  3