**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

UNITED STATES OF AMERICA,  )  No. CR 11-0857 (LHK) (PSG)
                Plaintiff,  )  **[PROPOSED] ORDER GRANTING**
                                )  **DEFENDANT JONATHAN JIANG'S**
v.                                  )  **UNOPPOSED MOTION TO**
                                )  **RESCHEDULE SENTENCING**
JONATHAN JIANGUO JIANG,  )  **HEARING**
                Defendant.  )

Good cause having been shown for the parties' Stipulated Request to Reschedule the Sentencing Hearing currently set for July 31, 2013 at 9:30 a.m., to September 18, 2013, at 9:30 a.m. is hereby GRANTED.

IT IS SO ORDERED.      6/13/13

*/s/ Lucy H. Koh*
LUCY H. KOH
United States District Judge

**[PROPOSED]** ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE SENTENCING HEARING
*United States v. Jonathan Jiang*, No. CR 11-0857 (LHK)(PSG)      1